IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VOXPATH RS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>(1) DENON ELECTRONICS (USA), LLC;<br>(2) D&M HOLDINGS, INC.;<br>(3) BEST BUY CO., INC.;<br>(4) BESTBUY.COM, LLC;<br>(5) BESTBUY STORES, L.P.;<br>(6) BEST BUY ENTERPRISE SERVICES, INC.;<br>(7) PANASONIC CORPORATION OF NORTH AMERICA;<br>(8) PANASONIC CONSUMER ELECTRONICS COMPANY;<br>(9) PANASONIC CORPORATION;<br>(10) PIONEER ELECTRONICS (USA) INC.;<br>(11) PIONEER CORPORATION;<br>(12) SAMSUNG ELECTRONICS AMERICA, INC.;<br>(13) SAMSUNG ELECTRONICS CO., LTD.;<br>(14) SONY CORPORATION OF AMERICA;<br>(15) SONY COMPUTER ENTERTAINMENT INC.;<br>(16) SONY COMPUTER ENTERTAINMENT AMERICA INC.;<br>(17) SONY ELECTRONICS INC.;<br>(18) SONY CORPORATION;<br>(19) LG ELECTRONICS U.S.A., INC.;<br>(20) LG ELECTRONICS INC.;<br>(21) TOSHIBA AMERICA, INC.;<br>(22) TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.;<br>(23) TOSHIBA CORPORATION;<br>(24) ONKYO U.S.A. CORPORATION; and<br>(25) ONKYO CORPORATION,<br><br>   Defendants. | Civil Action No. 2:09-cv-364-TJW-CE<br><br>**JURY TRIAL DEMANDED**<br><br>**DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Panasonic Corporation of North America ("Panasonic N.A.") hereby files its Corporate Disclosure Statement.  Panasonic Corporation is the parent corporation of and owns 100% of Panasonic N.A.

Dated:  February 12, 2010

Respectfully submitted,

GILLAM & SMITH, L.L.P.

  /s/ *Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com
melissa@gillamsmithlaw.com

Christoper J. Cox
CA State Bar No. 151650
Admitted in E.D.Tex.
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
chris.cox@weil.com

Attorneys for Panasonic Corporation and Panasonic Corporation of North America

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that the foregoing document was served on all counsel of record in this matter in compliance with Local Rule CV-5(a). As a result, this document was served upon all counsel who have consented to electronic service under Local Rule CV-5(a)(3)(A) on this 12th day of February, 2010.

        */s/ Harry L. Gillam, Jr.*