IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VOXPATH RS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DENON ELECTRONICS (USA), LLC, et al.,<br><br>    Defendants. | Civil Action No. 2:09-cv-364-TJW-CE |

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

After consideration The plaintiff, Voxpath RS, LLC, and defendants Panasonic Corporation, Panasonic Corporation of North America, and Panasonic Consumer Electronics Company, Stipulated Motion for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and (c), the Court finds that the Motion should be GRANTED.  It is hereby ordered that all claims are dismissed WITH PREJUDICE and all counterclaims are dismissed as MOOT, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" with effective date of June 30, 2010, with each party to bear its own costs, expenses and attorneys fees.

SIGNED this 17th day of August, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE